## LETTER OF ASSENT - A

In signing this letter of assent, the undersigned firm does hereby authorize[1] __BOSTON CHAPTER NECA__ _____ as its collective bargaining representative for all matters contained in or pertaining to the current and any subsequent approved[2] __INSIDE__ labor agreement between the __BOSTON CHAPTER NECA__ and Local Union[3] __103__, IBEW.

In doing so, the undersigned firm agrees to comply with, and be bound by, all of the provisions contained in said current and subsequent approved labor agreements. This authorization, in compliance with the current approved labor agreement, shall become effective on the[4] __9__ day of __NOVEMBER__ __1999__. It shall remain in effect until terminated by the undersigned employer giving written notice to the __BOSTON CHAPTER NECA__ and to the Local Union at least one hundred fifty (150) days prior to the then current anniversary date of the applicable approved labor agreement.

The Employer agrees that if a majority of its employees authorize the Local Union to represent them in collective bargaining, the Employer will recognize the Local Union as the NLRA Section 9(a) collective bargaining agent for all employees performing electrical construction work within the jurisdiction of the Local Union on all present and future jobsites.

In accordance with Orders issued by the United States District Court for the District of Maryland on October 10, 1980, in Civil Action HM-77-1302, if the undersigned employer is not a member of the National Electrical Contractors Association, this letter of assent shall not bind the parties to any provision in the above-mentioned agreement requiring payment into the National Electrical Industry Fund, unless the above Orders of Court shall be stayed, reversed on appeal, or otherwise nullified.

SUBJECT TO THE APPROVAL OF THE INTERNATIONAL PRESIDENT, IBEW

[5] UNITED ELECTRIC CO INC
Name of Firm
P O BOX 446 - 87 GOLDEN RUN ROAD
Street Address/P.O. Box Number
BOLTON  MA   01740   (978) 779-2769
                    (978) 779-2974   FAX
City, State (Abbr.) Zip Code

[6] Federal Employer Identification No.: 04-2708383

SIGNED FOR THE EMPLOYER
BY[7] _____(original signature)_____
NAME[8] JOHN KEENAN
TITLE/DATE PRESIDENT - 11/9/99

APPROVED
INTERNATIONAL OFFICE – I.B.E.W.
FEB 9 2000
J.J. Barry, President
This approval does not make the International a party to this agreement.

SIGNED FOR THE UNION[3] 103  IBEW
BY[7] _____(original signature)_____
NAME[8] RICHARD P GAMBINO
TITLE/DATE BUSINESS MANAGER - 11/9/99

---

INSTRUCTIONS (All items must be completed in order for assent to be processed)

[1] NAME OF CHAPTER OR ASSOCIATION
Insert full name of NECA Chapter or Contractors Association involved.

[2] TYPE OF AGREEMENT
Insert type of agreement. Example: Inside, Outside Utility, Outside Commercial, Outside Telephone, Residential, Motor Shop, Sign, Tree Trimming, etc. The Local Union must obtain a separate assent to each agreement the employer is assenting to.

[3] LOCAL UNION
Insert Local Union Number.

[4] EFFECTIVE DATE
Insert date that the assent for this employer becomes effective. Do not use agreement date unless that is to be the effective date of this Assent.

[5] EMPLOYER'S NAME & ADDRESS
Print or type Company name & address.

[6] FEDERAL EMPLOYER IDENTIFICATION NO.
Insert the identification number which must appear on all forms filed by the employer with the Internal Revenue Service.

[7] SIGNATURES

[8] SIGNER'S NAME
Print or type the name of the person signing the Letter of Assent. International Office copy must contain actual signatures-not reproduced-of a Company representative as well as a Local Union officer.

A MINIMUM OF FIVE COPIES OF THE JOINT SIGNED ASSENTS MUST BE SENT TO THE INTERNATIONAL OFFICE FOR PROCESSING. AFTER APPROVAL, THE INTERNATIONAL OFFICE WILL RETAIN ONE COPY FOR OUR FILES, FORWARD ONE COPY TO THE IBEW DISTRICT VICE PRESIDENT AND RETURN THREE COPIES TO THE LOCAL UNION OFFICE. THE LOCAL UNION SHALL RETAIN ONE COPY FOR THEIR FILES AND PROVIDE ONE COPY TO THE SIGNATORY EMPLOYER AND ONE COPY TO THE LOCAL NECA CHAPTER.
IMPORTANT: These forms are printed on special paper and no carbon paper is required for duplicate copies. Remove from the pad enough copies of the form for a complete set and complete the form.