# United States District Court

_____ DISTRICT OF _____

RUSSELL F. SHEEHAN, as he is ADMINISTRATOR, ELECTRICAL WORKERS' HEALTH AND WELFARE FUND, LOCAL 103, I.B.E.W.; ELECTRICAL WORKERS' PENSION FUND, LOCAL 103, I.B.E.W.; ELECTRICAL WORKERS' SUPPLEMENTARY HEALTH AND WELFARE FUND, LOCAL 103, I.B.E.W.; ELECTRICAL WORKERS' DEFERRED INCOME FUND, LOCAL 103, I.B.E.W.; ELECTRICAL WORKERS' JOINT APPRENTICESHIP AND TRAINING FUND, LOCAL 103, I.B.E.W.; ELECTRICAL WORKERS' EDUCATIONAL AND CULTURAL FUND; ANTHONY J. SALAMONE, as he is ADMINISTRATOR, NATIONAL ELECTRICAL BENEFIT FUND; and LOCAL 103, INTERNATIONAL BROTHERHOOD OF ELECTRICAL WORKERS
          Plaintiffs
V.

United Electric Company, Inc.,
          Defendant

and

Hudson Savings Bank,
          Trustee

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:

# 04-12213 WGY

TO: (Name and address of defendant)

United Electric Company, Inc.
87 Golden Run Road
Bolton, MA  01740

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Gregory A. Geiman, Esquire
Segal, Roitman & Coleman
11 Beacon Street
Suite #500
Boston, MA  02108

an answer to the complaint which is herewith served upon you, within ____20____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

TONY ANASTAS                                    10-21-04

CLERK                                            DATE



(BY) DEPUTY CLERK

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and Complaint was made by me [1] | |

NAME

[ ] **Worcester County Sheriff's Office** • P.O. Box 1066 • Worcester, MA 01613 • (508) 752-1100

*Worcester, ss*                                                                01/06/2005

I hereby certify and return that on 01/04/2005 at 01:20pm I served a true and attested copy of the Summons in a Civil Case, Complaint for Delinquent Contributions and to Compel an Audit, Exhibits A-D in this action in the following manner: To wit, by delivering in hand to VALERIE KEENAN, TREASURER, agent, person in charge at the time of service for UNITED ELECTRIC COMPANY, INC. at 87 GOLDEN RUN RD, BOLTON, MA. Fees: Service 30.00, Travel 16.32, Conveyance 4.50, Attest 5.00 & Postage and Handling 1.00. Total fees: $56.82

Deputy Sheriff David I Dickhaut

*Deputy Sheriff*

[ ] Other *(specify):* _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____    _____
            Date                         Signature of Server

                                         _____
                                         Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.