# Segal, Roitman & Coleman

Donald J. Siegel
Paul F. Kelly
Ira Sills
Mary Thomas Sullivan*
Shelley B. Kroll
Burton E. Rosenthal
Anne R. Sills
Kathryn S. Shea
Indira Talwani**
Elizabeth Arienti Sloane
Michael J. Doheny
Stephanie R. Pratt
Gregory A. Geiman
Rachel E. Rosenbloom

* Also Admitted to the New Hampshire Bar
** Also Admitted to the California Bar

Counsellors at Law
11 Beacon Street
Suite 500
Boston, Massachusetts 02108

Robert M. Segal (1915-1999)

OF COUNSEL
Richard W. Coleman
Harold B. Roitman
Joanne F. Goldstein
Joseph P. McKenna, Jr.
Paul S. Horovitz

December 1, 2004

BY CERTIFIED MAIL, RETURN RECEIPT
REQUESTED AND FIRST CLASS MAIL
John Keenan, President
United Electric Company, Inc.
87 Golden Run Road
Bolton, MA 01740

Re:   Electrical Construction Trust Funds

Dear Mr. Keenan:

    This office represents the Electrical Construction Trust Funds, Local 103, I.B.E.W. for the purposes of obtaining audits and collecting unpaid fringe benefit contributions. It is my understanding that United Electric Company, Inc. owes the Funds contributions for the period April, 2004 through the present. Additionally, please be advised that your company owes a total of $674.83 in interest dating back to September, 2003, as demonstrated on the attached summary.

    Despite numerous demand letters, United Electric Company, Inc. has failed and refused to pay the amount owed. Your company has not even seen fit to submit its remittance reports for the months owed, thus depriving its employees of credit for benefits for the hours worked. Your actions are unacceptable, and this letter constitutes a demand that United Electric Company, Inc.: (1) pay all contributions, delinquency fees, and attorney's fees owed to date, and (2) that it submit to an audit.

    As you know, an employer's obligation to submit to an audit is governed by Section 6.37(g) of the Agreement and Working Rules Governing the Electrical Industry of Greater Boston, to which your company is signatory, and which states as follows: "The parties to this Agreement, upon reasonable request, shall be allowed to examine the Employer's payroll records of all employees working under the terms of this Agreement." Further, the right of trustees of employee benefit funds to audit an employer's books and records to determine whether the employer is in compliance with its obligations has been upheld by the United States Supreme

Court. See, <u>Central States Southeast and Southwest Areas Pension Fund v. Central Transport, Inc.</u>, 472 U.S. 559 (1985) (trustees of multi-employer employee benefit plans covered by ERISA have power under trust document to examine pertinent records of each employer).

Please call upon receipt of this letter to arrange for payment and to set up an audit. Failure to contact me by **December 10, 2004** will result in legal action, in which case United Electric Company, Inc. will be liable not only for the contributions, delinquent fee, and attorney's fees, but for liquidated damages and statutory interest, as well.

Thank you in advance for your prompt cooperation in this matter.

Very truly yours,

Gregory A. Geiman

Encl.

cc:   Russell Sheehan
      Karen Martell

GAG/gag&ts
ARS 3013 00-345/keenan20.doc

IBEW LOCAL 103 BENEFIT FUNDS
256 FREEPORT ST
BOSTON MA 02122

October 28, 2004

UNITED ELECTRIC COMPANY, INC.                Employer # 9257
P.O. BOX 446
BOLTON, MA 01740

The enclosed letter contains the latest contract language regarding collection of delinquent payments to the Electrical Construction Trust Funds.

Since the effective date of the contract language, you have been delinquent in some payments to these Funds. In every case, we have notified you by certified mail of your delinquency.

This is to notify you that we have computed the interest due these Funds as follows:

| CONT. MONTH | DUE DATE | RECEIPT DATE | RECEIPT NUMBER | CONTRIBUTION AMOUNT | LD & INT DUE |
|---|---|---|---|---|---|
| 4/2000 | 5/15/2000 | 9/22/2000 | 42646 IC | $313.20 | $19.93 |
| 5/2000 | 6/15/2000 | 9/22/2000 | 42648 IC | $623.70 | $30.13 |
| 6/2000 | 7/15/2000 | 9/22/2000 | 42650 IC | $723.60 | $24.26 |
| 7/2000 | 8/15/2000 | 9/22/2000 | 42701 IC | $4,853.45 | $88.52 |
| 8/2000 | 9/15/2000 | 10/22/2000 | 46389 IC | $2,247.70 | $39.89 |
| 8/2000 | 9/15/2000 | 11/10/2000 | 46387 IC | $432.00 | $11.72 |
| 11/2000 | 12/15/2000 | 1/02/2001 | 49538 IC | $1,908.00 | $15.04 |
| 1/2001 | 2/15/2001 | 2/28/2001 | 52960 IC | $2,014.00 | $11.90 |
| 4/2001 | 5/15/2001 | 5/30/2001 | 58909 IC | $1,364.75 | $9.42 |
| 5/2001 | 6/15/2001 | 7/09/2001 | 61002 IC | $1,378.00 | $15.62 |
| 6/2001 | 7/15/2001 | 7/24/2001 | 62078 IC | $2,650.00 | $10.45 |

PAGE TOTAL:  $276.88

IBEW LOCAL 103 BENEFIT FUNDS
256 FREEPORT ST
BOSTON  MA  02122

October 28, 2004

UNITED ELECTRIC COMPANY, INC.                Employer #  92575
P.O. BOX 446
BOLTON, MA  01740

(Continued)

| CONT. MONTH | DUE DATE | RECEIPT DATE | RECEIPT NUMBER | CONTRIBUTION AMOUNT | L.D & INT DUE |
|---|---|---|---|---|---|
| 9/2001 | 10/15/2001 | 1/10/2002 | 74162 IC | $2,121.60 | $89.96 |
| 9/2001 | 10/15/2001 | 1/10/2002 | 74165 IC | $473.76 | $20.09 |
| 10/2001 | 11/15/2001 | 11/30/2001 | 71515 IC | $729.30 | $5.03 |
| 12/2001 | 1/15/2002 | 2/28/2002 | 78060 IC | $4,843.52 | $102.69 |
| 12/2001 | 1/15/2002 | 2/28/2002 | 78063 IC | $802.56 | $17.01 |
| 1/2002 | 2/15/2002 | 2/28/2002 | 78069 IC | $1,981.19 | $11.72 |
| 7/2002 | 8/15/2002 | 8/23/2002 | 90427 IC | $1,656.76 | $5.71 |
| 8/2002 | 9/15/2002 | 9/30/2002 | 92794 IC | $3,157.65 | $21.79 |
| 9/2002 | 10/15/2002 | 11/05/2002 | 95237 IC | $2,519.30 | $24.84 |
| 6/2003 | 7/15/2003 | 8/27/2003 | 115176 IC | $688.32 | $14.25 |
| 8/2003 | 9/15/2003 | 12/22/2003 | 124114 IC | $760.02 | $36.35 |
| 9/2003 | 10/15/2003 | 12/22/2003 | 124116 IC | $973.36 | $32.16 |
| 2/2004 | 3/15/2004 | 4/13/2004 | 129228 IC | $1,184.96 | $16.35 |
| | | | TOTAL DUE: | | $674.83 |

Please make one check payable to the Citizens Bank and mail to the Electrical Construction Trust Funds, Local 103, I.B.E.W., 256 Freeport Street, Boston, Massachusetts 02122.  Payments not received by one month from the date of this letter will be reported to the Trustees for further action.

Sincerely,

Russell F. Sheehan
Administrator

RFS:kms
Enclosure.
cc:   Michael Monahan, Local 103, IBEW



| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X _____ ☐ Agent ☐ Addressee<br>B. Received by ( Printed Name )  C. Date of Delivery<br>Christine Keenan  12/9/04 |
| 1. Article Addressed to:<br>John Keenan, President<br>United Electric Company, Inc.<br>87 Golden Run Road<br>Bolton, MA  01740 | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No<br><br>3. Service Type<br>☒ Certified Mail  ☐ Express Mail<br>☐ Registered  ☑ Return Receipt for Merchandise<br>☐ Insured Mail  ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)  ☐ Yes |
| 2. Article Number<br>(Transfer from service label) | 7004 1160 0001 9644 3448 |
| PS Form 3811, February 2004 | Domestic Return Receipt  102595-02-M-1540 |