UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| RUSSELL F. SHEEHAN, as he is ADMINISTRATOR, ELECTRICAL WORKERS' HEALTH AND WELFARE FUND, LOCAL 103, I.B.E.W.; ELECTRICAL WORKERS' PENSION FUND, LOCAL 103, I.B.E.W.; ELECTRICAL WORKERS' SUPPLEMENTARY HEALTH AND WELFARE FUND, LOCAL 103, I.B.E.W.; ELECTRICAL WORKERS' DEFERRED INCOME FUND, LOCAL 103, I.B.E.W.; ELECTRICAL WORKERS' JOINT APPRENTICESHIP AND TRAINING FUND, LOCAL 103, I.B.E.W.; ELECTRICAL WORKERS' EDUCATIONAL AND CULTURAL FUND; ANTHONY J. SALAMONE, as he is ADMINISTRATOR, NATIONAL ELECTRICAL BENEFIT FUND; and LOCAL 103, INTERNATIONAL BROTHERHOOD OF ELECTRICAL WORKERS, <br>　　　　　Plaintiffs <br><br>vs. <br><br>UNITED ELECTRIC COMPANY, INC., <br>　　　　　Defendant <br><br>and <br><br>HUDSON SAVINGS BANK, <br>　　　　　Trustee | C.A. No. 04-12213 WGY |

## AFFIDAVIT OF RUSSELL SHEEHAN

1.　My name is Russell Sheehan. I am the Administrator of the Electrical Workers Employee Benefit Funds, Local 103, I.B.E.W.

2.　United Electric Company, Inc. ("United") is signatory to a collective bargaining agreement ("Agreement") with Local 103, I.B.E.W. which binds it to the Trust Funds of each of

the Plaintiff Funds. The Agreement obligates United to contribute to the Funds for every hour worked by its covered employees. Payments must be made by the 15th of the month, following the month in which the work is performed. Pursuant to the terms of the Agreement, United is also obligated to submit, with the fringe benefit contributions, the dues that it has deducted from its employees' wages. These payments must be submitted with payroll reports, listing the names of the covered employees, the hours worked and the amounts paid.

3. The Agreement also obligates United to submit to payroll audits upon reasonable request.

4. United has failed to submit payroll reports to the Funds for work performed since April, 2004 or to forward the dues that it has deducted from its employees' wages. Until the Funds audit United's records, we cannot ascertain the full extent of the Company's liability.

5. Letters were sent by our attorneys to United, notifying it of its liability. Our attorneys have also written United seeking an audit and payment of the outstanding liability and have received no response to date.

SIGNED UNDER THE PAINS AND PENALTIES OF PERJURY THIS 22 DAY OF DECEMBER, 2004.

Russell Sheehan

### CERTIFICATE OF SERVICE

I hereby certify that the foregoing Affidavit has been served by certified and first class mail upon the defendant United Electric Company, Inc. at 87 Golden Run Road, Bolton, MA 01740 this 10th day of March, 2005.

Gregory A. Geiman, Esquire

GAG/gag&ts
ARS 3013 00-345/affsheehan.doc

2