UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| RUSSELL F. SHEEHAN, as he is ADMINISTRATOR, ELECTRICAL WORKERS' HEALTH AND WELFARE FUND, LOCAL 103, I.B.E.W.; ELECTRICAL WORKERS' PENSION FUND, LOCAL 103, I.B.E.W.; ELECTRICAL WORKERS' SUPPLEMENTARY HEALTH AND WELFARE FUND, LOCAL 103, I.B.E.W.; ELECTRICAL WORKERS' DEFERRED INCOME FUND, LOCAL 103, I.B.E.W.; ELECTRICAL WORKERS' JOINT APPRENTICESHIP AND TRAINING FUND, LOCAL 103, I.B.E.W.; ELECTRICAL WORKERS' EDUCATIONAL AND CULTURAL FUND; ANTHONY J. SALAMONE, as he is ADMINISTRATOR, NATIONAL ELECTRICAL BENEFIT FUND; and LOCAL 103, INTERNATIONAL BROTHERHOOD OF ELECTRICAL WORKERS,<br>　　　　Plaintiffs<br><br>vs.<br><br>UNITED ELECTRIC COMPANY, INC.,<br>　　　　Defendant<br><br>and<br><br>HUDSON SAVINGS BANK,<br>　　　　Trustee | C.A. No.  04-12213 WGY |

**PLAINTIFFS' MOTION TO WITHDRAW MOTION
FOR PRELIMINARY INJUNCTION**

Plaintiffs Russell F. Sheehan, as he is Administrator, Electrical Workers' Health and Welfare Fund, Local 103, I.B.E.W., et al. herein respectfully move this honorable Court to withdraw Plaintiffs' Motion for Preliminary Injunction, filed on March 10, 2005 and scheduled for hearing on March 15, 2005.  As grounds therefore, Plaintiffs state as follows:

1.      Defendant has now submitted all payroll documents necessary to an audit of its books and records for the period February, 2004 to the present to determine the amount, if any, Defendant owes the Plaintiff Fund.

WHEREFORE, Plaintiffs respectfully move this honorable Court to withdraw their Motion for Preliminary Injunction.

           Respectfully submitted,

           RUSSELL F. SHEEHAN, as he is
           ADMINISTRATOR, ELECTRICAL
           WORKERS' HEALTH AND WELFARE
           FUND, LOCAL 103, I.B.E.W., et al,

           By their attorneys,

           /s/ Gregory A. Geiman
           Anne R. Sills, Esquire
           BBO #546576
           Gregory A. Geiman, Esquire
           BBO #655207
           Segal, Roitman & Coleman
           11 Beacon Street
           Suite #500
           Boston, MA  02108
           (617) 742-0208

Dated:  March 14, 2005

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing Plaintiffs' Motion to Withdraw Motion for Preliminary Injunction has been served by certified and first class mail upon the defendant, United Electric Company, Inc. at 87 Golden Run Road, Bolton, MA  01740 this 14th day of March, 2005.

           /s/ Gregory A. Geiman
           Gregory A. Geiman, Esquire

GAG/gag&ts
ARS 3013 00-345/motwithdrwnpj.doc