UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| RUSSELL F. SHEEHAN, as he is ADMINISTRATOR, ELECTRICAL WORKERS' HEALTH AND WELFARE FUND, LOCAL 103, I.B.E.W.; ELECTRICAL WORKERS' PENSION FUND, LOCAL 103, I.B.E.W.; ELECTRICAL WORKERS' SUPPLEMENTARY HEALTH AND WELFARE FUND, LOCAL 103, I.B.E.W.; ELECTRICAL WORKERS' DEFERRED INCOME FUND, LOCAL 103, I.B.E.W.; ELECTRICAL WORKERS' JOINT APPRENTICESHIP AND TRAINING FUND, LOCAL 103, I.B.E.W.; ELECTRICAL WORKERS' EDUCATIONAL AND CULTURAL FUND; ANTHONY J. SALAMONE, as he is ADMINISTRATOR, NATIONAL ELECTRICAL BENEFIT FUND; and LOCAL 103, INTERNATIONAL BROTHERHOOD OF ELECTRICAL WORKERS, Plaintiffs | |
| vs. | C.A. No. 04-12213 WGY |
| UNITED ELECTRIC COMPANY, INC., Defendant | |
| and | |
| HUDSON SAVINGS BANK, Trustee | |

**PLAINTIFFS' MOTION TO REOPEN CASE
ORDERED ADMINISTRATIVELY CLOSED**

Plaintiffs Russell F. Sheehan, as he is Administrator, Electrical Workers' Health and

Welfare Fund, Local 103, I.B.E.W., et al herein respectfully move this honorable Court to reopen

the above-captioned case, which was administratively closed by this Court on March 16, 2005

upon the granting of the Plaintiffs' Motion to Withdraw for Preliminary Injunction. As grounds therefore, Plaintiffs state as follows:

1. As of the filing of the Plaintiffs' Motion to Withdraw Motion for Preliminary Injunction on March 14, 2005, Defendant United Electric Company, Inc. ("United") had submitted remittance reports, filled out by the company, for all months from April through August, 2004, as requested by the Plaintiffs.

2. Further, United had agreed to immediately provide contributions owed for April, 2004, which it did, and to send contributions owed for May, 2004 no later than March 28, 2005. The May, 2004 contributions have not been received to date. Despite letters sent by the Funds' counsel dated April 1 and April 14, 2005, reminding United of its obligation, and numerous unreturned telephone messages, United has failed and refused to comply with its obligation to provide contributions owed for May, 2004.

3. As such, Plaintiffs wish to have the above-captioned case reopened so that they may pursue the contributions, interest, damages, and costs to which they are entitled under both the Employee Retirement Income Security Act of 1974 and the collective bargaining agreement to which United is signatory.

4. Further, Plaintiffs wish to have their Motion for Preliminary Injunction, originally filed on March 10, 2005, placed back on this Court's docket so that they may be permitted to audit United's books and records for the period April, 2004 to the present to get an accurate and complete accounting of the amount in contributions the Defendant continues to owe the Funds.

WHEREFORE, Plaintiffs respectfully move this honorable Court to reopen the above-captioned case and to schedule a hearing on the Plaintiffs' Motion for Preliminary Injunction.

    Respectfully submitted,

    RUSSELL F. SHEEHAN, as he is
    ADMINISTRATOR, ELECTRICAL
    WORKERS' HEALTH AND WELFARE
    FUND, LOCAL 103, I.B.E.W., et al,

    By their attorneys,

    /s/ Gregory A. Geiman
    Anne R. Sills, Esquire
    BBO #546576
    Gregory A. Geiman, Esquire
    BBO #655207
    Segal, Roitman & Coleman
    11 Beacon Street
    Suite #500
    Boston, MA  02108
    (617) 742-0208

Dated:  April 21, 2005

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing Plaintiffs' Motion to Reopen Case Ordered Administratively Closed has been served by certified and first class mail upon the defendant, United Electric Company, Inc. at 87 Golden Run Road, Bolton, MA  01740 this 21st day of April, 2005.

    /s/ Gregory A. Geiman
    Gregory A. Geiman, Esquire

GAG/gag&ts
ARS 3013 00-345/motreopen.doc