UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| RUSSELL F. SHEEHAN, as he is ADMINISTRATOR, ELECTRICAL WORKERS' HEALTH AND WELFARE FUND, LOCAL 103, I.B.E.W.; ELECTRICAL WORKERS' PENSION FUND, LOCAL 103, I.B.E.W.; ELECTRICAL WORKERS' SUPPLEMENTARY HEALTH AND WELFARE FUND, LOCAL 103, I.B.E.W.; ELECTRICAL WORKERS' DEFERRED INCOME FUND, LOCAL 103, I.B.E.W.; ELECTRICAL WORKERS' JOINT APPRENTICESHIP AND TRAINING FUND, LOCAL 103, I.B.E.W.; ELECTRICAL WORKERS' EDUCATIONAL AND CULTURAL FUND; ANTHONY J. SALAMONE, as he is ADMINISTRATOR, NATIONAL ELECTRICAL BENEFIT FUND; and LOCAL 103, INTERNATIONAL BROTHERHOOD OF ELECTRICAL WORKERS, Plaintiffs | |
| vs. | C.A. No. 04-12213 WGY |
| UNITED ELECTRIC COMPANY, INC., Defendant | |
| and | |
| HUDSON SAVINGS BANK, Trustee | |

**VERIFIED REQUEST TO ENTER DEFAULT**

Plaintiffs Russell F. Sheehan, as he is Administrator, Electrical Workers' Health and Welfare Fund, Local 103, I.B.E.W., et al, request the Clerk to enter the default of United Electric Company, Inc. ("United"). This request is made pursuant to Rule 55(a), Fed.R.Civ.P. In support of this request, the Plaintiffs say:

1) This action was filed on October 20, 2004.

2) Complaint was served upon United on January 4, 2005.

3) United has never filed an Answer or a responsive pleading to the Complaint.

WHEREFORE, plaintiffs seek the entry of Default in this matter.

    Respectfully submitted,

    RUSSELL F. SHEEHAN, as he is
    ADMINISTRATOR, ELECTRICAL
    WORKERS' HEALTH AND WELFARE
    FUND, LOCAL 103, I.B.E.W., et al,

    By their attorneys,

    /s/ Gregory A. Geiman
    Anne R. Sills, Esquire
    BBO #546576
    Gregory A. Geiman, Esquire
    BBO #655207
    Segal, Roitman & Coleman
    11 Beacon Street
    Suite #500
    Boston, MA  02108
    (617) 742-0208

Dated:  September 20, 2005

### CERTIFICATE OF SERVICE

I hereby certify that the foregoing Plaintiffs' Verified Request to Enter Default has been served by first class mail upon defendant United Electric Company, Inc. at 87 Golden Run Road, Bolton, MA  01740 this 20th day of September, 2005.

    /s/ Gregory A. Geiman
    Gregory A. Geiman, Esquire

GAG/gag&ts
ARS 3013 00-345/verreqdf.doc

2