UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Civil Action
No: **04-12213-WGY**

**RUSSELL F. SHEEHAN, ET AL**
**Plaintiff**

v.

**UNITED ELECTRIC COMPANY, INC.**
**Defendant**

## NOTICE OF DEFAULT

Upon application of the Plaintiff, Russell F. Sheehan, et al, for an order of Default for failure of the Defendant, United Electric Company Inc., to plead or otherwise defend as provided by Rule 55(a) of the Federal Rules of Civil Procedure, notice is hereby given that the Defendant has been defaulted on September 21, 2005.

Sarah A. Thornton,
Clerk

By: /s/ Marie Bell
Deputy Clerk

Notice mailed to counsel of record and defendants.