# UNITED ELECTRIC COMPANY INC

COMMERCIAL & INDUSTRIAL CONTRACTORS
P.O. BOX 446   BOLTON, MASSACHUSETTS 01740 (978) 779-2769   FAX (978) 779-2974
EMAIL: unitedelectric@mediaone.net

October 5, 2005

Marie Bell
Deputy Clerk
United States District Court
Office of the Clerk
John Joseph Moakley Courthouse
1 Courthouse Way, Suite 2300
Boston, MA  02210

Re: Civil Action No. 04-12213-WGY
    United Electric Company, Inc.
          Vs
    Russell Sheehan ET AL

Marie Bell,
  I am sending you this letter to inform you that we are in negations with Attorney Gregory Geiman of Segal, Roitman & Coleman whom are the attorneys of Russell Sheehan. I have attached a copy of a fax we received from him stating that he is seeking authorization from his client to settle this action.

Respectfully,

Valerie Keenan
CFO
United Electric Company, Inc.