# SEGAL, ROITMAN & COLEMAN

Donald J. Siegel
Paul F. Kelly
Ira Sills
Mary Thomas Sullivan*
Shelley B. Kroll
Burton E. Rosenthal
Anne R. Sills
Kathryn S. Shea
Indira Talwani**
Elizabeth Arienti Sloane
Michael J. Doheny
Stephanie Pratt-Mitra
Gregory A. Geiman
Rachel E. Rosenbloom

\* Also Admitted to the
New Hampshire Bar

\*\* Also Admitted to
the California Bar

Counsellors at Law
11 Beacon Street
Suite 500
Boston, Massachusetts 02108

Robert M. Segal (1915-1999)

OF COUNSEL
Richard W. Coleman
Harold B. Roitman
Joanne F. Goldstein
Joseph P. McKenna, Jr.
Paul S. Horovitz

September 30, 2005

BY FACSIMILE
Valerie Keenan
United Electric Company, Inc.
87 Golden Run Road
Bolton, MA 01740

Re:  Russell F. Sheehan, as he is Administrator, et al. vs. United Electric Company, Inc.
     C.A. No. 04-12213 WGY

Dear Ms. Keenan:

I am seeking my client's authorization to settle the above-referenced litigation in consideration of United Electric's payment of all amounts claimed in the Funds' Complaint and still due and owing to date. I do not expect to hear back from the Funds until Monday; I will get in touch with you as soon as I have a response.

Feel free to call with any questions.

Very truly yours,

Gregory A. Geiman

cc:  Russell Sheehan
     Karen Martell

GAG/gag&ts
ARS 3013 00-345/keenan27.doc

Tel: (617) 742-0208 • Fax: (617) 742-2187

# SEGAL, ROITMAN & COLEMAN

COUNSELLORS AT LAW
11 BEACON STREET
SUITE 500
BOSTON, MASSACHUSETTS 02108

DONALD J. SIEGEL
PAUL F. KELLY
IRA SILLS
MARY THOMAS SULLIVAN*
SHELLEY B. KROLL
BURTON E. ROSENTHAL
ANNE R. SILLS
KATHRYN S. SHEA
INDIRA TALWANI**
ELIZABETH ARIENTI SLOANE
MICHAEL J. DOHENY
STEPHANIE PRATT-MITRA
GREGORY A. GEIMAN
RACHEL E. ROSENBLOOM

ROBERT M. SEGAL (1915-1999)

OF COUNSEL
RICHARD W. COLEMAN
HAROLD B. ROITMAN
JOANNE F. GOLDSTEIN
JOSEPH P. McKENNA, JR.
PAUL S. HOROVITZ

*Also Admitted to the New Hampshire Bar
**Also Admitted to the California Bar

## FAX TRANSMITTAL SHEET

DATE: 9/30/05        TIME: 3:47 AM/PM

TO: VALERIE KEENAN        FAX#: (978) 779-2974

PHONE #: _____

FROM: Greg Geiman

Number of pages (including cover sheet): 2

MESSAGE:

If you do not receive this fax, please notify _____ at the above telephone number.

The information contained in this transmittal is privileged and confidential. If the reader of this transmittal is not the intended recipient or the employee or agent responsible for delivering it to the intended recipient, you are hereby notified that any dissemination, distribution, or copying of this communication is strictly prohibited. If you have received this communication in error, please notify us immediately by telephone, and return the original to us.

TEL: (617) 742-0208 · FAX: (617) 742-2187

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Civil Action
No: 04-12213-WGY

RUSSELL F. SHEEHAN, ET AL
Plaintiff

v.

UNITED ELECTRIC COMPANY, INC.
Defendant

NOTICE OF DEFAULT

Upon application of the Plaintiff, Russell F. Sheehan, et al, for an order of Default for failure of the Defendant, United Electric Company Inc., to plead or otherwise defend as provided by Rule 55(a) of the Federal Rules of Civil Procedure, notice is hereby given that the Defendant has been defaulted on September 21, 2005.

Sarah A. Thornton,
Clerk

By: /s/ Marie Bell
Deputy Clerk

Notice mailed to counsel of record and defendants