## UNITED ELECTRIC COMPANY INC

COMMERCIAL & INDUSTRIAL CONTRACTORS
P.O. BOX 446   BOLTON, MASSACHUSETTS 01740 (978) 779-2769   FAX (978) 779-2974
EMAIL: united147@attbi.com

December 6, 2004

Gregory Geiman
Segal, Roitman & Coleman
11 Beacon Street
Suite 500
Boston, MA 02108

Re: Electrical Construction Trust Funds

Dear Mr. Geiman,

     In response to your letter dated December 1, 2004 regarding monies stated owed by United Electric Company, Inc., the listed amounts stated should have been allocated to the Market Recovery Program. I have gone over these amounts many, many times with the secretaries at the Boston Local 103 Office and have had them approved by Michael Monahan. I have sent all of the required paper work and letters requesting additional funds and the approved copy of our Market Recovery Program from Michael Monahan to the secretaries at Local 103. At this time I feel you should address this issue to Michael Monahan at the Boston Office Local 103.

Thank you,

Valerie Keenan
United Electric Company, Inc.

## SEGAL, ROITMAN & COLEMAN

DONALD J. SIEGEL
PAUL F. KELLY
IRA SILLS
MARY THOMAS SULLIVAN*
SHELLEY B. KROLL
BURTON E. ROSENTHAL
ANNE R. SILLS
KATHRYN S. SHEA
INDIRA TALWANI**
ELIZABETH ARIENTI SLOANE
MICHAEL J. DOHENY
STEPHANIE R. PRATT
GREGORY A. GEIMAN
RACHEL E. ROSENBLOOM

* Also Admitted to the New Hampshire Bar
** Also Admitted to the California Bar

COUNSELLORS AT LAW
11 BEACON STREET
SUITE 500
BOSTON, MASSACHUSETTS 02108

ROBERT M. SEGAL (1915-1999)

OF COUNSEL
RICHARD W. COLEMAN
HAROLD B. ROITMAN
JOANNE F. GOLDSTEIN
JOSEPH P. MCKENNA, JR.
PAUL S. HOROVITZ

December 1, 2004

BY CERTIFIED MAIL, RETURN RECEIPT
REQUESTED AND FIRST CLASS MAIL
John Keenan, President
United Electric Company, Inc.
87 Golden Run Road
Bolton, MA 01740

Re:   Electrical Construction Trust Funds

Dear Mr. Keenan:

    This office represents the Electrical Construction Trust Funds, Local 103, I.B.E.W. for the purposes of obtaining audits and collecting unpaid fringe benefit contributions. It is my understanding that United Electric Company, Inc. owes the Funds contributions for the period April, 2004 through the present. Additionally, please be advised that your company owes a total of $674.83 in interest dating back to September, 2003, as demonstrated on the attached summary.

    Despite numerous demand letters, United Electric Company, Inc. has failed and refused to pay the amount owed. Your company has not even seen fit to submit its remittance reports for the months owed, thus depriving its employees of credit for benefits for the hours worked. Your actions are unacceptable, and this letter constitutes a demand that United Electric Company, Inc.: (1) pay all contributions, delinquency fees, and attorney's fees owed to date, and (2) that it submit to an audit.

    As you know, an employer's obligation to submit to an audit is governed by Section 6.37(g) of the Agreement and Working Rules Governing the Electrical Industry of Greater Boston, to which your company is signatory, and which states as follows: "The parties to this Agreement, upon reasonable request, shall be allowed to examine the Employer's payroll records of all employees working under the terms of this Agreement." Further, the right of trustees of employee benefit funds to audit an employer's books and records to determine whether the employer is in compliance with its obligations has been upheld by the United States Supreme

Court. See, <u>Central States Southeast and Southwest Areas Pension Fund v. Central Transport, Inc.</u>, 472 U.S. 559 (1985) (trustees of multi-employer employee benefit plans covered by ERISA have power under trust document to examine pertinent records of each employer).

Please call upon receipt of this letter to arrange for payment and to set up an audit. Failure to contact me by **December 10, 2004** will result in legal action, in which case United Electric Company, Inc. will be liable not only for the contributions, delinquent fee, and attorney's fees, but for liquidated damages and statutory interest, as well.

Thank you in advance for your prompt cooperation in this matter.

Very truly yours,

Gregory A. Geiman

Encl.

cc:  Russell Sheehan
     Karen Martell

GAG/gag&ts
ARS 3013 00-345/keenan20.doc

IBEW LOCAL 103 BENEFIT FUNDS
256 FREEPORT ST
BOSTON MA 02122

FITZGERALD ELECTRICAL COMPANY INC.
P.O. BOX 446
HOLBROOK MA 02343

The enclosed letter contains the latest contract language regarding collection of delinquent payments to the Electrical Construction Trust Funds.

Since the effective date of the contract language, you have been delinquent in some payments to these funds. In every case, we have notified you by certified mail of your delinquency.

This is to notify you that we have computed the interest due these funds as follows:

| CONT. MONTH | DUE DATE | RECEIPT DATE | RECEIPT NUMBER | CONTRIBUTION AMOUNT | L.D. & INT DUE |
|---|---|---|---|---|---|
| 4/2000 | 5/15/2000 | 9/22/2000 | 42646 IC | $911.00 | $ |
| 5/2000 | 6/15/2000 | 9/22/2000 | 42648 IC | $933.70 | $30. |
| 6/2000 | 7/15/2000 | 9/22/2000 | 42650 IC | $773.00 | $24. |
| 7/2000 | 8/15/2000 | 9/22/2000 | 42701 IC | $4,953.45 | $68. |
| 8/2000 | 9/15/2000 | 10/22/2000 | 46385 IC | $2,241.70 | $59.8 |
| 9/2000 | 9/15/2000 | 11/10/2000 | 46387 IC | $498.00 | $11. |
| 11/2000 | 12/15/2000 | 1/02/2001 | 49538 IC | $1,906.00 | $15.0 |
| 1/2001 | 2/15/2001 | 5/28/2001 | 52760 IC | $6,014.00 | $11.90 |
| 4/2001 | 5/15/2001 | 5/30/2001 | 58905 IC | | |
| 5/2001 | 6/15/2001 | 7/09/2001 | 61002 IC | $1,379.00 | $15. |
| 6/2001 | 7/15/2001 | 7/24/2001 | 62078 IC | $2,650.00 | $10.45 |
| | | | PAGE TOTAL: | | $276.85 |

IBEW LOCAL 103 BENEFIT FUNDS
256 FREEPORT ST
BOSTON MA 02122

UNITED ELECTRIC COMPANY, INC.  Employer # 92575
P.O. BOX 446
BOLTON, MA 01740

(Continued)

| CONT. MONTH | DUE DATE | RECEIPT DATE | RECEIPT NUMBER | CONTRIBUTION AMOUNT | L.D & INT DUE |
|---|---|---|---|---|---|
| 9/2001 | 10/15/2001 | 1/10/2002 | 74162 IC | $2,121.60 | $89.76 |
| 9/2001 | 10/15/2001 | 1/10/2002 | 74165 IC | $478.76 | $20.05 |
| 10/2001 | 11/15/2001 | 11/30/2001 | 71515 IC | $729.30 | $5.10 |
| 11/2001 | 12/15/2001 | 2/28/2002 | 78060 IC | $4,847.52 | $102.69 |
| 11/2001 | 12/15/2001 | 2/28/2002 | 78063 IC | $802.54 | $17.01 |
| 1/2002 | 2/15/2002 | 3/28/2002 | 78069 IC | $1,981.19 | $33.17 |
| 7/2002 | 8/15/2002 | 9/23/2002 | 90427 IC | $1,056.75 | $5.51 |
| 8/2002 | 9/15/2002 | 9/30/2002 | 93794 IC | $2,117.65 | $21.17 |
| 9/2002 | 10/15/2002 | 11/05/2002 | 95237 IC | $2,519.30 | $24.04 |
| 6/2003 | 7/15/2003 | 8/27/2003 | 115175 IC | $683.32 | $15.25 |
| 8/2003 | 9/15/2003 | 12/22/2003 | 124114 IC | $760.02 | $30.13 |
| 9/2003 | 10/15/2003 | 12/22/2003 | 124116 IC | $573.36 | $30.17 |
| 2/2004 | 3/15/2004 | 4/13/2004 | 129228 IC | $1,184.96 | $15.01 |

TOTAL DUE: $674.83

Please make one check payable to the Citizens Bank and mail to the Electrical Construction Trust Funds, Local 103, I.B.E.W., 256 Freeport Street, Boston, Massachusetts 02122. Payments not received by one month from the date of this letter will be reported to the Trustees for further action.

Sincerely,

Russell F. Sheehan
Administrator

RFS:kms
Enclosure
cc: Michael Monahan, Local 103, BA