UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| RUSSELL F. SHEEHAN, as he is ADMINISTRATOR, ELECTRICAL WORKERS' HEALTH AND WELFARE FUND, LOCAL 103, I.B.E.W.; ELECTRICAL WORKERS' PENSION FUND, LOCAL 103, I.B.E.W.; ELECTRICAL WORKERS' SUPPLEMENTARY HEALTH AND WELFARE FUND, LOCAL 103, I.B.E.W.; ELECTRICAL WORKERS' DEFERRED INCOME FUND, LOCAL 103, I.B.E.W.; ELECTRICAL WORKERS' JOINT APPRENTICESHIP AND TRAINING FUND, LOCAL 103, I.B.E.W.; ELECTRICAL WORKERS' EDUCATIONAL AND CULTURAL FUND; ANTHONY J. SALAMONE, as he is ADMINISTRATOR, NATIONAL ELECTRICAL BENEFIT FUND; and LOCAL 103, INTERNATIONAL BROTHERHOOD OF ELECTRICAL WORKERS,<br>Plaintiffs<br><br>vs.<br><br>UNITED ELECTRIC COMPANY, INC.,<br>Defendant<br><br>and<br><br>HUDSON SAVINGS BANK,<br>Trustee | C.A. No.  04-12213 WGY |

**MOTION FOR EXTENSION OF TIME TO FILE
FOR ENTRY OF DEFAULT JUDGMENT**

Plaintiffs Russell F. Sheehan, as he is Administrator, et al. herein respectfully move this honorable Court for a brief extension of time until November 7, 2005 in which to file Plaintiffs' Motion for Entry of Default Judgment.  As grounds therefore, Plaintiffs state as follows:

1.	The parties have been attempting to resolve the above-captioned matter and have reached an accord on certain of the amounts deemed owed by the Plaintiffs.

2.	Judicial resources, as well as the parties' resources, will be conserved if the matter can be settled promptly and efficaciously.

WHEREFORE, Plaintiffs seek an extension of time until November 7, 2005 in which to file for Entry of Default Judgment in this matter.

Respectfully submitted,

RUSSELL F. SHEEHAN, as he is
ADMINISTRATOR, ELECTRICAL
WORKERS' HEALTH AND WELFARE
FUND, LOCAL 103, I.B.E.W., et al,

By their attorneys,

/s/ Gregory A. Geiman
Anne R. Sills, Esquire
BBO #546576
Gregory A. Geiman, Esquire
BBO #655207
Segal, Roitman & Coleman
11 Beacon Street
Suite #500
Boston, MA  02108
(617) 742-0208

Dated:  October 13, 2005

**CERTIFICATE OF SERVICE**

I hereby certify that the foregoing Motion for Extension of Time to File for Entry of Default Judgment has been served by first class mail upon the defendant, United Electric Company, Inc. at 87 Golden Run Road, Bolton, MA  01740 this 13th day of October, 2005.

/s/ Gregory A. Geiman
Gregory A. Geiman, Esquire

ARS/gag&ts
3013 00-345/motextime.doc

2