UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| RUSSELL F. SHEEHAN, as he is ADMINISTRATOR, ELECTRICAL WORKERS' HEALTH AND WELFARE FUND, LOCAL 103, I.B.E.W.; ELECTRICAL WORKERS' PENSION FUND, LOCAL 103, I.B.E.W.; ELECTRICAL WORKERS' SUPPLEMENTARY HEALTH AND WELFARE FUND, LOCAL 103, I.B.E.W.; ELECTRICAL WORKERS' DEFERRED INCOME FUND, LOCAL 103, I.B.E.W.; ELECTRICAL WORKERS' JOINT APPRENTICESHIP AND TRAINING FUND, LOCAL 103, I.B.E.W.; ELECTRICAL WORKERS' EDUCATIONAL AND CULTURAL FUND; ANTHONY J. SALAMONE, as he is ADMINISTRATOR, NATIONAL ELECTRICAL BENEFIT FUND; and LOCAL 103, INTERNATIONAL BROTHERHOOD OF ELECTRICAL WORKERS,<br>　　　　Plaintiffs<br><br>vs.<br><br>UNITED ELECTRIC COMPANY, INC.,<br>　　　　Defendant<br><br>and<br><br>HUDSON SAVINGS BANK,<br>　　　　Trustee | C.A. No. 04-12213 WGY |

**PLAINTIFFS' MOTION FOR ENTRY OF DEFAULT JUDGMENT
AGAINST UNITED ELECTRIC COMPANY, INC.**

Now come the Plaintiffs (hereinafter, the "Funds"), and request the Clerk, pursuant to

Rule 55(b)(l), Fed.R.Civ.P., to enter default judgment in favor of the Funds and against

Defendant United Electric Company, Inc. (hereinafter "United"), holding United liable for all

unpaid contributions owed to the Funds, together with interest, statutory liquidated damages, and reasonable attorneys' fees and costs as follows:

| | | |
|---|---|---|
| A. | Principal owed to the Funds through May, 2004, including underpayments | $3,353.25 |
| B. | Prejudgment interest on unpaid contributions, as mandated by 29 U.S.C. § 1132(g)(2)(B) | $938.31 |
| C. | Liquidated damages as mandated by 29 U.S.C. §1132(g)(2)(C)(i) | $240.80 |
| D. | Attorneys' Fees as mandated by §1132(g)(2)(D) | $3,980.00 |
| E. | Costs | $300.92 |
| | **TOTAL** | **$8,813.28** |

As grounds therefore, Plaintiffs state that default has been entered against Defendant for failure to answer or otherwise defend as to the Complaint of the Plaintiffs. Plaintiffs' claim is for a sum certain. Finally, Defendant is neither an infant nor an incompetent person.

WHEREFORE, Plaintiffs respectfully request that default judgment be entered against United Electric Company, Inc.

    Respectfully submitted,

    RUSSELL F. SHEEHAN, as he is
    ADMINISTRATOR, ELECTRICAL
    WORKERS' HEALTH AND WELFARE
    FUND, LOCAL 103, et al,

    By their attorneys,

    /s/ Gregory A. Geiman
    Anne R. Sills, Esquire
    BBO #546576
    Gregory A. Geiman, Esquire
    BBO #655207
    Segal, Roitman & Coleman
    11 Beacon Street

>Suite #500
>Boston, MA  02108
>(617) 742-0208

Dated:  November 7, 2005

### CERTIFICATE OF SERVICE

I hereby certify that the foregoing Plaintiffs' Motion for Entry of Default Judgment has been served by certified and first class mail upon the defendant United Electric Company, Inc. at 87 Golden Run Road, Bolton, MA  01740 this 7th day of November, 2005.

>/s/ Gregory A. Geiman
>Gregory A. Geiman, Esquire

GAG/gag&ts
ARS 3013 00-345/motion-dj.doc