UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

RUSSELL F. SHEEHAN, as he is ADMINISTRATOR,
ELECTRICAL WORKERS' HEALTH AND
WELFARE FUND, LOCAL 103, I.B.E.W.;
ELECTRICAL WORKERS' PENSION FUND,
LOCAL 103, I.B.E.W.; ELECTRICAL WORKERS'
SUPPLEMENTARY HEALTH AND WELFARE
FUND, LOCAL 103, I.B.E.W.; ELECTRICAL
WORKERS' DEFERRED INCOME FUND,
LOCAL 103, I.B.E.W.; ELECTRICAL WORKERS'
JOINT APPRENTICESHIP AND TRAINING
FUND, LOCAL 103, I.B.E.W.; ELECTRICAL
WORKERS' EDUCATIONAL AND CULTURAL
FUND; ANTHONY J. SALAMONE, as he is
ADMINISTRATOR, NATIONAL ELECTRICAL
BENEFIT FUND; and LOCAL 103, INTERNATIONAL
BROTHERHOOD OF ELECTRICAL WORKERS,
Plaintiffs

vs.

UNITED ELECTRIC COMPANY, INC.,
Defendant

and

HUDSON SAVINGS BANK,
Trustee

C.A. No. 04-12213 WGY

### AFFIDAVIT OF RUSSELL SHEEHAN IN SUPPORT OF PLAINTIFFS' MOTION FOR ENTRY OF DEFAULT JUDGMENT

1. My name is Russell Sheehan. I am the Administrator of the Electrical Workers Employee Benefit Funds, Local 103, I.B.E.W.

2. The collective bargaining agreement ("Agreement") to which Defendant United Electric Company, Inc. ("United") is signatory requires employers to make fringe benefit

contributions to Plaintiff Funds for each hour worked by covered employees. The Agreement specifies the amount to be contributed by an employer to each of Plaintiff Funds for each hour worked. Employers are also required to file monthly remittance reports, on which employers calculate the payments they owe.

3. United owes the Funds $936.86 in unpaid contributions for the month of May, 2004, and $2,416.39 for underpaid contributions and dues for the period of July, 2001 through April, 2004.

4. Under the terms of the Agreement, United owes $938.31 in interest on the unpaid contributions.

5. Under the terms of the Agreement, United owes liquidated damages in the amount of $240.80.

SIGNED UNDER THE PAINS AND PENALTIES OF PERJURY THIS 7 DAY OF NOVEMBER, 2005.

Russell Sheehan

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing Affidavit has been served by certified and first class mail upon the defendant United Electric Company, Inc. at 87 Golden Run Road, Bolton, MA 01740 this 7 day of November, 2005

/s/ Gregory A. Geiman
Gregory A. Geiman, Esquire

GAG/gag8ts
ARS 3013 00-346/affSheehan3.doc

2