# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

RUSSELL F. SHEEHAN, as he is ADMINISTRATOR, ELECTRICAL WORKERS' HEALTH AND WELFARE FUND, LOCAL 103, I.B.E.W.; ELECTRICAL WORKERS' PENSION FUND, LOCAL 103, I.B.E.W.; ELECTRICAL WORKERS' SUPPLEMENTARY HEALTH AND WELFARE FUND, LOCAL 103, I.B.E.W.; ELECTRICAL WORKERS' DEFERRED INCOME FUND, LOCAL 103, I.B.E.W.; ELECTRICAL WORKERS' JOINT APPRENTICESHIP AND TRAINING FUND, LOCAL 103, I.B.E.W.; ELECTRICAL WORKERS' EDUCATIONAL AND CULTURAL FUND; ANTHONY J. SALAMONE, as he is ADMINISTRATOR, NATIONAL ELECTRICAL BENEFIT FUND; and LOCAL 103, INTERNATIONAL BROTHERHOOD OF ELECTRICAL WORKERS,
Plaintiffs

vs.

UNITED ELECTRIC COMPANY, INC.,
Defendant

and

HUDSON SAVINGS BANK,
Trustee

C.A. No. 04-12213 WGY

## AFFIDAVIT OF RUSSELL SHEEHAN AS TO MILITARY SERVICE, INFANCY AND INCOMPETENCE

1. My name is Russell Sheehan. I am the Administrator of the Electrical Workers Employee Benefit Funds, Local 103, I.B.E.W.

2. I make this affidavit pursuant to the provisions of the Soldiers' and Sailors' Civil Relief Act.

3.  I have caused careful investigation to be made to ascertain whether United Electric Company, Inc., the above-named defendant, is within the military service of the United States, and have concluded on the basis of such investigation that it is not.

4.  I have also caused careful investigation to be made to ascertain whether United Electric Company, Inc. is an infant or incompetent person, and have concluded on the basis of such investigation that it is not.

SIGNED UNDER THE PAINS AND PENALTIES OF PERJURY THIS 7 DAY OF NOVEMBER, 2005.

/s/ Russell Sheehan
Russell Sheehan

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing Affidavit has been served by certified and first class mail upon the defendant United Electric Company, Inc. at 87 Golden Run Road, Bolton, MA 01740 this 7 day of November, 2005.

/s/ Gregory A. Geiman
Gregory A. Geiman, Esquire

GAG/gag&ts
ARS 3013 00-345/affsheehan4.doc

2