UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| RUSSELL F. SHEEHAN, as he is ADMINISTRATOR, ELECTRICAL WORKERS' HEALTH AND WELFARE FUND, LOCAL 103, I.B.E.W.; ELECTRICAL WORKERS' PENSION FUND, LOCAL 103, I.B.E.W.; ELECTRICAL WORKERS' SUPPLEMENTARY HEALTH AND WELFARE FUND, LOCAL 103, I.B.E.W.; ELECTRICAL WORKERS' DEFERRED INCOME FUND, LOCAL 103, I.B.E.W.; ELECTRICAL WORKERS' JOINT APPRENTICESHIP AND TRAINING FUND, LOCAL 103, I.B.E.W.; ELECTRICAL WORKERS' EDUCATIONAL AND CULTURAL FUND; ANTHONY J. SALAMONE, as he is ADMINISTRATOR, NATIONAL ELECTRICAL BENEFIT FUND; and LOCAL 103, INTERNATIONAL BROTHERHOOD OF ELECTRICAL WORKERS,<br>         Plaintiffs<br><br>vs.<br><br>UNITED ELECTRIC COMPANY, INC.,<br>         Defendant<br><br>and<br><br>HUDSON SAVINGS BANK,<br>         Trustee | C.A. No.  04-12213 WGY |

### AFFIDAVIT OF ANNE R. SILLS

1.     My name is Anne R. Sills.  I am an attorney with the law firm of Segal, Roitman & Coleman.

2.     This firm has been involved in efforts on behalf of the Plaintiff Funds to collect contributions owed the Electrical Workers' Employee Benefit Funds, Local 103, I.B.E.W. by

2

United Electric Company, Inc., culminating in the filing of the instant suit. As a result of these efforts, the Plaintiff Funds have incurred legal fees of $3,980.00 and costs of $300.92.

SIGNED UNDER THE PAINS AND PENALTIES OF PERJURY THIS 7th DAY OF NOVEMBER, 2005.

/s/ Anne R. Sills
Anne R. Sills, Esquire

### CERTIFICATE OF SERVICE

I hereby certify that the foregoing Affidavit has been served by certified and first class mail upon the defendant United Electric Company, Inc. at 87 Golden Run Road, Bolton, MA 01740 this 7th day of November, 2005

/s/ Gregory A. Geiman
Gregory A. Geiman, Esquire

GAG/gag&ts
ARS 3013 00-345/affsills.doc