UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

RUSSELL F. SHEEHAN, as he is ADMINISTRATOR, ELECTRICAL WORKERS' HEALTH AND WELFARE FUND, LOCAL 103, I.B.E.W.; ELECTRICAL WORKERS' PENSION FUND, LOCAL 103, I.B.E.W.; ELECTRICAL WORKERS' SUPPLEMENTARY HEALTH AND WELFARE FUND, LOCAL 103, I.B.E.W.; ELECTRICAL WORKERS' DEFERRED INCOME FUND, LOCAL 103, I.B.E.W.; ELECTRICAL WORKERS' JOINT APPRENTICESHIP AND TRAINING FUND, LOCAL 103, I.B.E.W.; ELECTRICAL WORKERS' EDUCATIONAL AND CULTURAL FUND; ANTHONY J. SALAMONE, as he is ADMINISTRATOR, NATIONAL ELECTRICAL BENEFIT FUND; and LOCAL 103, INTERNATIONAL BROTHERHOOD OF ELECTRICAL WORKERS,
        Plaintiffs

vs.

UNITED ELECTRIC COMPANY, INC.,
        Defendant

and

HUDSON SAVINGS BANK,
        Trustee

C.A. No. 04-12213 WGY

**DEFAULT JUDGMENT**

Defendant United Electric Company, Inc., having failed to plead or otherwise defend in this action and its default having been entered,

Now, upon application of Plaintiffs and affidavits and a memorandum of law demonstrating that Defendant owes Plaintiffs the sum of $3,353.25 in unpaid and underpaid benefit funds contributions and dues; $938.31 in interest on the contributions; an additional

2

$240.80 in liquidated damages; and $4,280.92 in attorneys' fees and costs; and that Defendant is not an infant or incompetent person or in the military service of the United States, it is hereby

ORDERED, ADJUDGED AND DECREED that Plaintiff recover from Defendant United Electric Company, Inc. the principal amount of $3,353.25; prejudgment interest of $938.31; liquidated damages of $240.80; and attorneys' fees and costs of $4,280.92, for a total judgment of $8,813.28, with interest as provided by law, which interest rate is effective this date is _____ percent.

                                                                                                        _____
The Honorable William G. Young
United States District Court

Dated: _____

GAG/gag&ts
ARS 3013 00-345/defltjdg.doc