# UNITED ELECTRIC COMPANY INC

COMMERCIAL & INDUSTRIAL CONTRACTORS
P.O. BOX 446   BOLTON, MASSACHUSETTS 01740 (978) 779-2769   FAX (978) 779-2974
EMAIL: unitedelectric@mediaone.net

November 11, 2005

Greg Geiman
Segal, Roitman & Coleman
11 Beacon Street
Suite 500
Boston, MA  02108

Re: Civil Action No. 04-12213-WGY
    United Electric Company, Inc.
                Vs
    Russell Sheehan ET AL

Greg Geiman,
    Attached you will find every item which you faxed to my office and also the amounts attached to the summons dated 10/21/04.
    I would like to state that I have agreed with you that United Electric Company, Inc. owes the following amounts.

```
    1)   $808.98 for May, 2004 contributions;
    2)   $127.88 for the May, 2004 working assessment.


I have taken each fax you have sent me and broken everything down so
you could hopefully see a clearer picture to review.

    1) For the interest due:
        a) 4/2000 through 7/2000: That is when we first signed up and
           someone from the local 103 was suppose to come to our
           office to bring us the forms and show us how to fill them
           out. They never came and finally mailed them and we did it
           over the phone. You can see they are all dated 9/11/00.
           That is when we went over the process with the 103
           secretary on how to do them and also getting the relief
           funds correctly done. We sent them out directly after.
        b) 8/00 They have a contribution amount of $2247.70. We sent
           two checks in the amounts of $411.64 and $2559.28.
        c) 11/00 They have a contribution amount of $1908.00. We sent
           two checks in the amounts of $2061.44 and $118.08.
        d) 1/01 They have a contribution amount of $2014.00. We sent
           two checks in the amounts of $2176.11 and $124.64.
        e) 4/01 They have a contribution amount of $1364.75. We sent
           two checks in the amounts of $1569.58 and $132.48.
        f) 5/01 They have a contribution amount of $1378.00. We sent
           two checks in the amounts of $125.12 and $1563.03.
```

    g) 9/01 They have contribution amounts of $2121.60 and $473.73. We sent two checks in the amount of $3143.30 and $493.12.
    h) 10/01 They have a contribution amount of $729.30. We sent them two checks in the amounts of $1680.29 and $402.04.
    i) 12/01 They have a contribution amount of 802.56. We sent them two checks in the amounts of 6522.67 and 743.36.
    j) 1/02 They have a contribution amount of $1981.19. We sent them two checks in the amount of $3005.71 and $412.16.
    k) 7/02 They have a contribution amount of $1656.76. We sent them two checks in the amount of $2869.74 and $407.10.
    l) 8/02 They have a contribution amount of $3157.65. We sent them two checks in the amount of $3960.53 and $680.34.
    m) 9/02 They have a contribution amount of $2519.30. We sent them two checks in the amount of $3185.16 and $542.80.
    n) 6/03 They have a contribution amount of $688.32. We sent them two checks in the amount of $852.94 and $132.48.
    o) 8/03 They have a contribution amount of $760.02. We sent them two checks in the amount of $941.78 and $146.28.
    p) 9/03 They have a contribution amount of $973.36. We sent them two checks in the amount of $1189.00 and $169.28.
    q) 2/04 They have a contribution amount of $1184.96. We sent them two checks in the amount of 1447.49 and $206.08.

I do not see what they are asking interest in regards to. Please see the attached for your review.