**UNITED ELECTRIC COMPANY INC**

COMMERCIAL & INDUSTRIAL CONTRACTORS
P.O. BOX 446   BOLTON, MASSACHUSETTS 01740 (978) 779-2769   FAX (978) 779-2974
EMAIL: united147@attbi.com

November 11, 2005

Greg Geiman
Segal, Roitman & Coleman
11 Beacon Street
Suite 500
Boston, MA  02108

Re: Civil Action No. 04-12213-WGY
    United Electric Company, Inc.
            Vs
    Russell Sheehan ET AL

Greg Geiman,
   Attached you will find every item which you faxed to my office and also the amounts attached to the summons dated 10/21/04.
   I would like to state that I have agreed with you that United Electric Company, Inc. owes the following amounts.
   1)   $808.98 for May, 2004 contributions;
   2)   $127.88 for the May, 2004 working assessment.

The following as noted are attached for your review. As I have been extremely willing to co-operate and work with you on these discrepancies and have noted them one by one for you to easily see we have paid the amounts as noted by the NECA reports sent to us. Union rules are to have all men leave the job sites if rates are not paid correctly. I have worked with the secretaries of the local 103 and NECA for the correct rates to be paid.

| | | |
|---|---|---|
| a) Receipt # 64273 | Credit to United | -5.10- |
| b) Receipt # 150657 | H&W paid @ 6.50 as per NECA sheet attached. | |
| c) Receipt # 105521 | H&W paid @ 5.50 as per NECA sheet attached. | |
| d) Receipt # 126004 | Credit to United | -399.35 |
| e) Receipt # 110522 | United underpayment      owe | 12.00 |
| f) Receipt # 71515 | H&W paid @ 5.50 as per NECA sheet attached. | |
| g) Receipt #741162 | United underpayment s/b @ 13.27 owe | 3.76 |
| h) Receipt # 72772 | United underpayment s/b @ 13.27 owe | 1.84 |
| i) Receipt # 83399 | Credit to United | - 10.00- |
| j) Receipt # 95237 | H&W paid @ 5.50 as per NECA sheet attached. | |
| k) Receipt # 105580 | H&W paid @ 5.50 as per NECA sheet attached. | |
| l) Receipt # 105517 | H&W paid @ 5.50 as per NECA sheet attached. | |
| m) Receipt # 105519 | H&W paid @ 5.50 as per NECA sheet attached. | |

I would like to resolve everything as soon as possible and will await your response so I can forward a check for the amounts we of $808.98 and $127.88 with any credits applied.

Respectfully,

*[signature]*

Valerie Keenan
United Electric Company, Inc.
Cc: Marie Bell Deputy Clerk U.S. District Court